UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BENYALE DAVIS | CIVIL ACTION |
| VERSUS | NO. 14-555 |
| BOBBY JINDAL, ET AL. | SECTION "I"(5) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection[1] by plaintiff, Benyale Davis, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion for certification of the class[2] is **DENIED** and his complaint is **DISMISSED WITH PREJUDICE** as frivolous.

New Orleans, Louisiana, this 22nd day of April, 2014.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 8

[2] Rec. Doc. No. 5